IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL and ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiffs,<br><br>vs.<br><br>EMILY PLATT, in her official capacity as National Forest Supervisor; KEITH LANNOM, in his official capacity as Deputy Regional Forester; UNITED STATES FOREST SERVICE; and UNITED STATES FISH & WILDLIFE SERVICE,<br><br>Defendants. | CV 23–112–M–DLC<br><br><br>ORDER |

Before the Court is the parties' Joint Status Report and Request for 21-Day Extension of Stay. (Doc. 16.) The Court previously granted the parties' request for a 30-day stay pending settlement negotiations and subsequent request for a 45-day extension of that stay. (Docs. 13, 15.) The Court also ordered the parties to file a joint status report apprising the Court of the status of settlement discussions and either requesting a continued stay or a resumption of litigation deadlines. (Doc. 15.)

1

The parties again inform the Court that the terms for a final settlement agreement have been reached but Defendants are awaiting final approval from the U.S. Department of Justice, the U.S. Department of Agriculture, and the U.S. Department of the Interior. (Doc. 16 at 2.) Defendants believe they can obtain final approval within 21 days. (*Id.*) The parties therefore request that the Court extend the current stay of all litigation deadlines by 21 days, to April 22, 2024. (*Id.*)

Accordingly, IT IS ORDERED that the request for extension of stay (Doc. 16) is GRANTED. All litigation deadlines set forth in the Court's Case Management Order (Doc. 10) are stayed until April 22, 2024.

IT IS FURTHER ORDERED that the parties shall file a joint status report on or before April 22, 2024, apprising the Court of the status of settlement discussions and either requesting a continued stay or a resumption of litigation deadlines.

DATED this 25th day of March, 2024.

*[signature]*
Dana L. Christensen, District Judge
United States District Court