IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL and ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiffs,<br><br>vs.<br><br>EMILY PLATT, in her official capacity as National Forest Supervisor; KEITH LANNOM, in his official capacity as Deputy Regional Forester; UNITED STATES FOREST SERVICE; and UNITED STATES FISH & WILDLIFE SERVICE,<br><br>Defendants. | CV 23–112–M–DLC<br><br><br>ORDER |

Before the Court is Plaintiffs' Unopposed Motion to Voluntarily Dismiss. (Doc. 21.) The parties have filed their Settlement Agreement with the Court. (Doc. 18.) Pursuant to the terms of that agreement, Plaintiffs have agreed to voluntarily dismiss this action within seven days of receiving payment of the agreed upon attorneys' fees and costs. (*Id.* at 3.) Plaintiffs report that they received payment on April 22, 2024. (Doc. 19 at 2.) Plaintiffs now move to dismiss this matter. (Doc. 21.)

1

Accordingly, IT IS ORDERED that the motion (Doc. 21) is GRANTED and this matter is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all pending motions are DENIED as moot.

IT IS FURTHER ORDERED that, notwithstanding this dismissal, the Court retains jurisdiction to oversee compliance with the terms of the Settlement Agreement and any motion to modify its terms.

DATED this 29th day of April, 2024.

_Dana L. Christensen_
Dana L. Christensen, District Judge
United States District Court